UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 99-444 SLR |
| ROBERT E. MARTIN, JR., | : |
| Defendant | : |

**PRAECIPE TO SATISFY JUDGMENT**

TO THE CLERK
United States District Court
District of Delaware

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

          COLM F. CONNOLLY
          United States Attorney

By:   _____
          Patricia C. Hannigan
          Assistant United States Attorney
          Delaware Bar I.D. No. 2145
          The Nemours Building
          1007 Orange Street, Suite 700
          P. O. Box 2046
          Wilmington, DE 19899-2046
          (302) 573-6277
          Patricia.Hannigan@usdoj.gov

May 15, 2006